O9AADabA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                   24 Cr. 514 (ER)

FAREED DABIDAH,

                            Arraignment
          Defendant.

------------------------------x

                            New York, N.Y.
                            September 10, 2024
                            2:30 p.m.

Before:

                 HON. EDGARDO RAMOS,

                            District Judge

                    APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  ANDREW JONES
     Assistant United States Attorney

FEDERAL DEFENDERS OF NEW YORK
     Attorneys for Defendant
BY:  KRISTOFF I. WILLIAMS

1          (Case called)

2          MR. JONES:  Good afternoon, your Honor.  Andrew Jones

3    for the government.

4          MR. WILLIAMS:  Good afternoon, your Honor.  Kristoff

5    Williams for Mr. Dabidah.  We are also joined by his parents.

6          THE COURT:  Good afternoon to you all.  This matter is

7    on for an initial conference.  Mr. Jones has Mr. -- is it

8    Dabidah?

9          THE DEFENDANT:  Dabidah.

10         THE COURT:  Dabidah.  Has Mr. Dabidah been arraigned

11   on the indictment?

12         MR. JONES:  No, your Honor, not yet.

13         THE COURT:  Okay.  Mr. Williams, have you received a

14   copy of the indictment?

15         MR. WILLIAMS:  I have, your Honor.  I did review it

16   with Mr. Dabidah.  He understands the charge and will waive a

17   reading and enter a plea of not guilty.

18         THE COURT:  Very well.  Thank you.

19         Mr. Jones, tell me about this case.  What does it

20   involve, and in particular, the discovery that's involved?

21         MR. JONES:  Yes, your Honor.  So this case began as an

22   investigation into the defendant for firearms trafficking or,

23   you know, expected firearms trafficking.  Much of the discovery

24   here -- or in the lead up to a search on August 15th, we

25   received many subpoena records from various online distributors

1  of firearms parts that had shipped items to the defendant's

2  residence.  That led to a search warrant executed at his

3  apartment on August 15th.  During the course of that search

4  warrant, the NYPD found dozens of 3-D printed firearms, dozens

5  of machine gun conversion devices, and then also various 3-D

6  printers, ammunition, ammunition packing materials.

7          The discovery here principally consists of kind of a

8  few categories.  The first is the subpoena returns that were

9  acquired prior to August 15th from various online distributors;

10  items from the search of the defendant's apartment, which will

11  include inventories, photographs; there's a lot of body-worn

12  camera from the execution of the search; the defendant's

13  post-arrest statement after that.  And then continuing now --

14          THE COURT:  Was Mr. Dabidah in the apartment at the

15  time of the search?

16          MR. JONES:  Yes, your Honor.

17          THE COURT:  Okay.

18          MR. JONES:  There's also going to be, as NYPD is

19  testing at the firearms lab many of the items that were seized

20  from his apartment, there will be reports coming from those

21  items.  And then his phone is the principal electronic item,

22  but there were electronic devices taken during the execution of

23  the search warrant.  As of yet, we don't have forensic copies

24  of those, but they will be provided as we have them.

25          THE COURT:  When do you anticipate providing them to

O9AADabA

1    Mr. Williams?

2                MR. JONES:  With the things that I have, your Honor, I

3    think within the next three weeks I will give him the bulk of

4    it.  It won't include the electronic devices unless something

5    has change.  It obviously won't include the reports from the

6    firearms lab we don't yet have.  But the things that we have,

7    we can get to him in three weeks.

8                THE COURT:  Does the government's proof in this case

9    involve any actual sales?

10               MR. JONES:  Your Honor, the charge here does not

11   allege sales.  The charge here is the possession of the machine

12   guns.

13               THE COURT:  Thank you.

14               Mr. Williams, how do you wish to proceed?

15               MR. WILLIAMS:  Thank you, your Honor.  We discussed

16   this, and given that discovery will be available in about three

17   weeks, we're asking to come back on November 20.

18               THE COURT:  Okay.  Ms. Trotman.

19               THE DEPUTY CLERK:  November 20 at 11:30 a.m.

20               THE COURT:  And I take it, did the magistrate judge

21   issue a Rule 5(f) order, Mr. Jones?

22               MR. JONES:  I'm not sure, your Honor.  Probably not

23   because it wasn't yet indicted.

24               THE COURT:  Okay.  Very well.  In that event, I will

25   do it now.

1        I direct the prosecution to comply with its obligation

2    under *Brady v. Maryland* and its progeny to disclose to the

3    defense all information, whether admissible or not, that is

4    favorable to the defendant, material either to guilt or to

5    punishment, and known to the prosecution.  The possible

6    consequences for noncompliance may include dismissal of

7    individual charges or the entire case, exclusion of evidence,

8    and professional discipline or court sanctions on the attorneys

9    responsible.

10        I will be entering a written order more fully

11   describing this obligation and the possible consequences of

12   failing to meet it, and I direct the prosecution to review and

13   comply with that order.

14        Mr. Jones, do you confirm that you understand your

15   obligations and will fulfill them?

16        MR. JONES:  Yes, your Honor.

17        THE COURT:  And with that, is there anything else that

18   we should do today?  Mr. Jones?

19        MR. JONES:  Your Honor, I would ask to exclude time

20   under the Speedy Trial Act until November 20.  The reason for

21   this is to permit us to gather and produce the discovery

22   materials to Mr. Williams, to enable him to review the

23   materials, and come back to court in November in a position to

24   continue the case.

25        THE COURT:  Any objection?

1          MR. WILLIAMS:  No, your Honor.

2          THE COURT:  Very well.  I will exclude the time

3   between now and November 20 under the Speedy Trial Act.  I find

4   that Mr. Dabidah's interest in excluding that time outweigh the

5   interest of the public in a speedy trial for the reasons set

6   forth on the record by Mr. Jones.

7          Anything else from you, Mr. Williams?

8          MR. WILLIAMS:  No, your Honor.

9          THE COURT:  In that event, we are adjourned.

10          (Adjourned)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25