UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :

UNITED STATES OF AMERICA       :

                                              :       24-CR-0514-ER

                 -v-                        :

                                              :

FAREED DABIDAH                   :

                                              :

                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION TO DISMISS

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Fareed Dabidah will move this Court, before the Honorable Edgardo Ramos, in the Southern District of New York, for an order dismissing Count One of the indictment.

Dated: January 10, 2025

                                                              Respectfully Submitted,

                                                              */s/*

                                                              **Kristoff I. Williams**

                                                              Assistant Federal Defender
                                                              Federal Defenders of New York
                                                             52 Duane Street, 10th Floor
                                                             New York, New York 10007
                                                             Tel.: (212)-417-8791

1